# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2805

_____

PRESTON LEWIS,

Petitioner,

v.

PENSACOLA POLICE
DEPARTMENT, et al.,

Respondents.

_____


Petition for Writ of Quo Warranto—Original Proceeding.


April 9, 2025

PER CURIAM.

This court strikes the motions docketed on March 24 and 25, 2025. The petition is DISMISSED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Preston Lewis, pro se, Petitioner.